UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* SARAH SWEENEY, | ) ) ) | |
| Plaintiff, | ) ) | No. 4:21-CV-01366-JCH |
| v. | ) ) ) | **FILED UNDER SEAL** |
| BEST FOOT FORWARD CORPORATION PODIATRIC SPECIALISTS and FRANKLIN W. HARRY, | ) ) ) ) ) | |
| Defendants. | ) | |

## UNITED STATES' NOTICE OF CONSENT TO DISMISSAL

On February 24, 2022, Relator Sarah Sweeney filed a Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i) without prejudice of this action. Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States hereby notifies the Court that the Attorney General consents to the dismissal of this action without prejudice to the rights of the United States, based on its determination that such a dismissal is commensurate with the public interest and that the matter does not warrant the continued expenditure of government resources to pursue or monitor the action based on currently available information.

The United States requests that the Relator's Complaint, the Relator's Notice of Voluntary Dismissal, this Notice, the Court's Order dismissing this action, and all subsequent filings in this action be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

                               Respectfully submitted,

                               SAYLER FLEMING
                               United States Attorney

                               By: /s/ Suzanne J. Moore
                               SUZANNE J. MOORE, #45321MO
                               Assistant United States Attorney
                               111 S. 10th St., Room 20.333
                               St. Louis, Missouri 63102
                               P: (314) 539-2200
                               F: (314) 539-2196
                               suzanne.moore@usdoj.gov

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was electronically mailed this 25th day of February 2022, to the following:

Anthony G .Simon
Paul J. Tahan
The Simon Law Firm, P.C.
800 Market Street, Ste. 1700
St. Louis, MO 63101
asimon@simonlawpc.com
ptahan@simonlawpc.com

Sherrie A. Hall
Workers Rights Law Firm LLC
2258 Grissom Drive
St. Louis, MO 63146
sherrieworkersrights@gmail.com

Attorneys for Relator

                                    /s/ Suzanne J. Moore
                                    SUZANNE J. MOORE