UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> *ex rel.* SARAH SWEENEY, ) <br>  ) <br>        Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> BEST FOOT FORWARD ) <br> CORPORATION PODIATRIC ) <br> SPECIALISTS and ) <br> FRANKLIN W. HARRY, ) <br>  ) <br>        Defendants. ) | No. 4:21-CV-01366-JCH <br><br> **FILED UNDER SEAL** |

## ORDER

The Relator Sarah Sweeney having filed a Notice of Voluntary Dismissal without prejudice in this action and the United States having filed its Notice of Consent to Dismissal, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), the Court rules as follows:

IT IS ORDERED that,

1. This action is dismissed WITHOUT prejudice as to Relator Sarah Sweeney and as to the United States;

2. The seal shall be lifted upon Relator's Complaint, Relator's Notice of Voluntary Dismissal, the United States' Notice of Consent to Dismissal, this Order, and any subsequent filings in this case. All other contents of the Court's file in this action shall remain under seal and not be made public.

This 4th day of March, 2022.

                                             Jean C. Hamilton
                                             JEAN C. HAMILTON
                                             SENIOR UNITED STATES DISTRICT JUDGE